UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE C. MCGHEE, | Case No. 1:10-cv-748 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Scoville |
| JUDGE PAUL J. BRIDENSTIEN *et al.*, | |
| Defendants. | |

## JUDGMENT

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this   13th   day of September 2010**.

                                              /s/ Paul L. Maloney
                                              Honorable Paul L. Maloney
                                              Chief United States District Judge